# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A106 | E 1027716 | TANDBERG | 716 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 7/20/21  2228
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 2.32a3i

Place of Offense: Glen Canyon Chains

Offense Description: Factual Basis for Charge: Interfere w/ agency function ☐ HAZMAT
False Information.

### DEFENDANT INFORMATION
Last Name: Fincher
First Name: Elizabeth
M.I.: L.
Street Address: [illegible]
State: TX
Zip Code: 77419
Date of Birth (mm/dd/yyyy): /1972
D.L. State: TX
Social Security No.: 5778

☒ Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair: Red | Eyes: Green | Height: 5'10" | Weight: 175 lb

### VEHICLE
Tag State: AZ | Year: 11 | Make/Model: Ford/Sedan | Color: White

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov

Handwritten in margin: 21-4203-MJ-01-PCT-CDB

Original - CVB Copy

*E1027716*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 20th, 2021 while exercising my duties as a law enforcement officer in the District of Arizona
On July 20th 2021, At approximately 2123 hours Officer Castellucci and I contacted Elizabeth L. FINCHER in the lower parking lot of Chains for being in a day use only area after sunset, a violation of the Superintendent's closure and public use limits per 36 CFR 1.5(f).

FINCHER stated that she had lost her brother, John Walters and was about to call 911. FINCHER went on to state that Walters had mobility disabilities and a speech impediment due to an accident.

I searched for and located Walters a few minutes later. Walters had sustained several falls; I observed a cut over his eyebrow and several fresh bruises on his shoulder. I confirmed with Walters that he did have a speech impediment and mobility disabilities. It is unknown if Walters was FINCHER's brother.

Officer Castellucci ran FINCHER through dispatch via the information FINCHER provided to us by word of mouth, FINCHER stated her name was Elizabeth L. McDonald and her drivers license was out of Michigan. Dispatch could not get a return on this name.

I asked FINCHER if she had anything with her name on it, FINCHER stated that she did not. FINCHER went on to state that I could look through the car and her backpack in the trunk if I wanted to. I told FINCHER I would like to look through her backpack. Inside FINCHER's backpack I found a small clear plastic bag containing approximately .2 grams of a white crystal substance that I believed to be methamphetamine.

I asked FINCHER if what I found in her backpack was methamphetamine, FINCHER admitted to me that it was methamphetamine. I asked FINCHER when was the most recent time she had used it, FINCHER stated she had used it that morning.

Dispatch informed me that they got a return on FINCHER out of Texas and stated she had a warrant out of Texas for a dangerous drug offense. Dispatch went on to inform me that FINCHER has several aliases, one of which was McDonald. FINCHER matched the descriptions dispatched gave me, including tattoos.

Based off the facts that FINCHER had lost a person who she claimed to be her brother with mobility disabilities and he fell several times in an area with 5-25 foot cliffs, uneven rocky terrain, next to a dam with water depths of approximately 300', provided false statements to me about her identity, and was in possession of .2 grams of methamphetamine after using it that morning, I placed FINCHER under arrest at 2228 hours.

I transported FINCHER to Coconino County Detention Facility in Page, AZ and booked her for possession of a controlled substance and providing false statements at approximately 2239 hours.

FINCHER did not provide me with any information needed to locate her in the future. FINCHER stated she did not know her phone number, did not have a physical or mailing address, did not receive mail, and did not know anybody that could be put as a contact for her.

All information I was able to gather came from FINCHER's criminal history, I don't believe FINCHER's address or phone number is current.

Pending charged for FINCHER:

V# E1027717 - 36 CFR 2.35 (b)(2) Possession of a controlled substance – methamphetamine

V# E1027716 - 36 CFR 2.32(a)(3)(i) Interference – providing false statements

A106
NP21138760     CAD# 21-3272

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/20/2021
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2021.07.21 06:22:17 -07'00'

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A106 | E 1027717 | Tandberg | 716 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 7/20/21 2228 | 36 CFR 2.35 b 2 |

Place of Offense: Glen Canyon Chains

Offense Description: Factual Basis for Charge — HAZMAT ☐

Possession of a controlled substance. Methamphetamine

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Fincher | Elizabeth | L |

Street Address: —

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Blessing | TX | 77419 | __/__/1972 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| — | | TX | —-5778 |

☒ Adult ☐ Juvenile  Sex ☐ Male ☒ Female  Hair Red  Eyes Green  Height 5'10"  Weight 175 lb

### VEHICLE   VIN: —   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| — | AZ | 11 | Ford/Sedan | | White |

APPEARANCE IS REQUIRED — A ☒ If Box A is checked, you must appear in court.

APPEARANCE IS OPTIONAL — B ☐ 

$ ____ Forfeiture Amount
+ $30 Processing Fee
$ ____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*E1027717*

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 20th, 2021 while exercising my duties as a law enforcement officer in the District of Arizona
On July 20th 2021, At approximately 2123 hours Officer Castellucci and I contacted Elizabeth L. FINCHER in the lower parking lot of Chains for being in a day use only area after sunset, a violation of the Superintendent's closure and public use limits per 36 CFR 1.5(f).

FINCHER stated that she had lost her brother, John Walters and was about to call 911. FINCHER went on to state that Walters had mobility disabilities and a speech impediment due to an accident.

I searched for and located Walters a few minutes later. Walters had sustained several falls; I observed a cut over his eyebrow and several fresh bruises on his shoulder. I confirmed with Walters that he did have a speech impediment and mobility disabilities. It is unknown if Walters was FINCHER's brother.

Officer Castellucci ran FINCHER through dispatch via the information FINCHER provided to us by word of mouth, FINCHER stated her name was Elizabeth L. McDonald and her drivers license was out of Michigan. Dispatch could not get a return on this name.

I asked FINCHER if she had anything with her name on it, FINCHER stated that she did not. FINCHER went on to state that I could look through the car and her backpack in the trunk if I wanted to. I told FINCHER I would like to look through her backpack. Inside FINCHER's backpack I found a small clear plastic bag containing approximately .2 grams of a white crystal substance that I believed to be methamphetamine.

I asked FINCHER if what I found in her backpack was methamphetamine, FINCHER admitted to me that it was methamphetamine. I asked FINCHER when was the most recent time she had used it, FINCHER stated she had used it that morning.

Dispatch informed me that they got a return on FINCHER out of Texas and stated she had a warrant out of Texas for a dangerous drug offense. Dispatch went on to inform me that FINCHER has several aliases, one of which was McDonald.

FINCHER matched the descriptions dispatched gave me, including tattoos.

Based off the facts that FINCHER had lost a person who she claimed to be her brother with mobility disabilities and he fell several times in an area with 5-25 foot cliffs, uneven rocky terrain, next to a dam with water depths of approximately 300', provided false statements to me about her identity, and was in possession of .2 grams of methamphetamine after using it that morning, I placed FINCHER under arrest at 2228 hours.

I transported FINCHER to Coconino County Detention Facility in Page, AZ and booked her for possession of a controlled substance and providing false statements at approximately 2239 hours.

FINCHER did not provide me with any information needed to locate her in the future. FINCHER stated she did not know her phone number, did not have a physical or mailing address, did not receive mail, and did not know anybody that could be put as a contact for her.

All information I was able to gather came from FINCHER's criminal history, I don't believe FINCHER's address or phone number is current.

Pending charged for FINCHER:

V# E1027717 - 36 CFR 2.35 (b)(2) Possession of a controlled substance – methamphetamine

V# E1027716 - 36 CFR 2.32(a)(3)(i) Interference – providing false statements

A106
NP21138760    CAD# 21-3272

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/20/2021    _____
             Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles**  Digitally signed by Camille D. Bibles
             Date: 2021.07.21 06:21:46 -07'00'
             Date (mm/dd/yyyy)    U.S. Magistrate Judge